# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| CARL STORK, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>JOHN TEXTOR, an individual; DIGITAL DOMAIN HOLDINGS, INC. (formerly know as WYNDCREST DD FLORIDA, INC., a Florida Corporation); Does 1 through 50, inclusive,<br><br>Defendants. | CASE NO. CV 10-7631 JHN (PLAx)<br><br>**ORDER FOR STIPULATION FOR PROTECTIVE ORDER RE CONFIDENTIALITY**<br><br>Complaint Filed: September 8, 2010<br>FAC Filed: December 16, 2010 |

The Court, having reviewed the Stipulation for Protective Order re Confidentiality ("Protective Order") dated July 27, 2011, between Plaintiff Carl Stork ("Plaintiff") and Defendants John Textor ("Textor") and Digital Domain Holdings, Inc., f/k/a Wyndcrest DD Florida, Inc. (collectively, "Defendants"), through their counsel of record, hereby stipulate to the Protective Order governing the disclosure of certain private and/or proprietary documents or information that may be produced by the parties or third parties during this litigation, and good cause

appearing, Plaintiff and Defendants hereby request the Court enter an Order approving the Stipulation.

**CONSENT AND AGREED TO STIPULATION:**

Dated: July 27, 2011                HOOPER LUNDY & BOOKMAN, P.C.

By: /s/ *Michael Houske*
Michael Houske
Attorneys for Defendants JOHN TEXTOR AND DIGITAL DOMAIN HOLDINGS, INC., F/K/A WYNDCREST DD FLORIDA, INC.

Dated: July 27, 2011                BROAD AND CASSEL, Attorneys at Law

By: /s/ *Peter R. Goldman*
Peter R. Goldman
Admitted *Pro Hac Vice*
Attorneys for Defendants JOHN TEXTOR AND DIGITAL DOMAIN HOLDINGS, INC., F/K/A WYNDCREST DD FLORIDA, INC.

Dated: July 27, 2011                RAINES FELDMAN LLP

By: /s/ *Miles J. Feldman*
Miles J. Feldman
Sonia K. Lee
Attorneys for Plaintiff CARL STORK

**IT IS HEREBY ORDERED**:

DATED: July 28, 2011

By: *Paul L. Abrams*
Hon. Paul L. Abrams
United States Magistrate Judge

# EXHIBIT A
# UNDERTAKING RE PROTECTIVE ORDER

I, _____, acknowledge that I have read the Stipulated Protective Order Re: Confidentiality entered in this action, CARL STORK v. JOHN TEXTOR, et al., United States District Court Case No. CV 10-7631 JHN (PLAx). I understand the terms of the Stipulated Protective Order Re: Confidentiality, and I agree to be bound by it. I further understand that a violation of this Stipulated Protective Order Re: Confidentiality may be punishable as a contempt of court.

By: _____

Print: _____

Date: _____

1100616.1

3
[PROPOSED] ORDER FOR STIPULATION FOR PROTECTIVE ORDER RE: CONFIDENTIALITY