UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARL STORK, an individual,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>JOHN TEXTOR, an individual; DIGITAL DOMAIN HOLDINGS, INC. (formerly known as WYNDCREST DD FLORIDA, INC.) a Florida corporation; and DOES 1 through 50 inclusive,<br><br>　　　　Defendants. | Case No.  2:10-CV-07631-MWF-PLA<br><br>**JUDGMENT** |

JUDGMENT

Pursuant to the stipulation entered into on the record on August 2, 2012, by and between Plaintiff Carl Stork and Defendant John Textor, which stipulation was approved by this Court, and it appearing by reason of such stipulation that Plaintiff Carl Stork is entitled to judgment against Defendant John Textor,

IT IS ORDERED, ADJUDGED, AND DECREED that Defendant John Textor shall pay to Plaintiff Carl Stork the sum of Ten Million Dollars ($10,000,000).

In so ordering, the Court expressly determines that there is no just reason for delaying the entry of judgment against Defendant John Textor and that entry of judgment against Defendant John Textor is proper and warranted under Federal Rule of Civil Procedure 54(b).

There is no finding of fault or liability.

Dated: November 8, 2012

_____
Michael W. Fitzgerald
UNITED STATES DISTRICT JUDGE